IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **BUCK JAMES EVANS,** | : |
| Plaintiff, | : |
| | : |
| v. | : CIVIL ACTION NO. 13-1642 |
| | : |
| | : |
| **COMMUNITY EDUCATION** | : |
| **CENTERS, INC., et al.,** | : |
| Defendants. | : |

### ORDER

**AND NOW**, this 11th day of September 2015, upon consideration of Defendants' Motion for Summary Judgment [Doc. No. 41], and Plaintiff's response in opposition thereto, and the entire record in this case, and after oral argument and for the reasons stated in the accompanying memorandum opinion, it is hereby **ORDERED** that Defendants' Motion is **GRANTED**. Plaintiff's claims against Defendant CEC are **DISMISSED WITH PREJUDICE**. Plaintiff's claims against the individual Defendants are **DISMISSED AS WITHDRAWN**. The Clerk is directed to **CLOSE** the case.

**IT IS SO ORDERED**.

BY THE COURT:

s/ Cynthia M. Rufe
_____
**CYNTHIA M. RUFE, J.**